UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
JUDGE DAVID S. DOTY/MAGISTRATE JUDGE JOHN M. MASON

| | |
|---|---|
| Kristin L. Koehler,<br><br>Plaintiff,<br><br>v.<br><br>ShopKo Stores, Inc., and<br>United Wisconsin Life Insurance Co.,<br><br>Defendants. | Case No.: 01-789DSD/JMM |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

The parties stipulate that Defendant ShopKo, Inc. shall have until June 29, 2001, to answer the Complaint or otherwise plead.

KRISTIN L. KOEHLER

By her Attorneys:

Mark W. Peterson, I.D. No. 86125
520 Marquette Avenue South
Suite 900
Minneapolis, MN 55402
(612) 349-5202

Dated: 5/31/01

SHOPKO, INC.

By its Attorneys:

Ted E. Sullivan, I.D. No. 122452
Lind, Jensen, Sullivan & Peterson, P.A.
150 South Fifth Street, Ste. 1700
Minneapolis, MN 55402
(612) 333-3637

Dated: 6/6/01

JUN 11 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SO ORDERED:**

Dated: 6/8/01

By: ______________________
Magistrate Judge ~~David S. Doty~~ John M. Mason
Judge of U.S. District Court