122452

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** CV 01-789 RHK/JMM **Case Title:** Koehler v. Shopko, et al.

**Affidavit of Movant**

I, Ted E. Sullivan, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Steven J. Berryman, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Shopko Stores, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature | 122452 MN Attorney License # | 7/6/01 Date

**Affidavit of Proposed Admittee**

I, Steven J. Berryman, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Steven J. Berryman Type/Print Name | [signature] Signature | 6/29/01 Date

Attorney License Number: 1026267

Law Firm Name and Address: Quarles & Brady LLP
411 E. Wisconsin Ave.
Milwaukee, WI 53202

Telephone: ( )414-277-5797

Motion Granted: [signature] Richard D. Sletten
For the Court: Clerk Date JUL 11 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 11 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______