# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kristin L. Koehler,

v.

ShopKo Stores, Inc. and United Wisconsin Life Insurance Co.,

Case No. Civil 01-789 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant ShopKo's motion to transfer venue and to dismiss is granted in part and denied in part. Plaintiff's complaint may be and hereby is dismissed without prejudice.

DATE: October 18, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

20